UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Case No.: __18-18951/JNP__

Joyce Ansong    Chapter: __7__

Judge: __JNP__

### NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __May 21, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
35 Beaver Dam Drive*
Sicklerville, NJ
FMV - $329,211.00

Liens on property:
Bank of America - $163,650.61
Roundpoint - $913,236.72
*Debtor only has a 50% interest in the Property. The Property was sold at Sheriff's Sale on 1/23/19 and therefore was not property of the estate at the time of the conversation on 2/14/19

Amount of equity claimed as exempt: $1.00

Objections must be served on, and requests for additional information directed to:

Name:    /s/ Joseph D. Marchand, Chapter 7 Trustee

Address:    117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302

Telephone No.:    (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-18951-JNP
Joyce A. Ansong                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2             Date Rcvd: Apr 18, 2019
                              Form ID: pdf905          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
```
db              +Joyce A. Ansong,    35 Beaver Dam Drive,    Sicklerville, NJ 08081-5673
cr              +Wilton's Corner Proprietary Association,    60 Meetinghouse Circle,
                 Sicklerville, NJ 08081-4894
517565819       +Aamco Gill Automotive LLC dba Aamco,    Duvera Financial dba EasyPay Finance,
                 1910 Palomar Point Suite 101,    Carlsbad, CA 92008-5578
517492837       +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517543079       +Chancellor's Learning Systems, Inc.,    c/o Schachter Portnoy, LLC,    3490 US Route 1,
                 Princeton, NJ 08540-5920
517492839       +Debt Recovery Solution,    Attn: Bankruptcy,    Po Box 9003,    Syosset, NY 11791-9003
517492843       +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517492848       +KML Law Group,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
517492846       +Kingsley Kwapong,    3007 Holland Drive,    Somerset, NJ 08873-4689
517638509       +Laridian Consulting, Inc.,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
517494909       +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517635684       +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Buildings 6 & 8,
                 Charlotte, NC 28217-1932
517492850       +Roundpoint Mortgage Servicing Corp.,    PO Box 19409,    Charlotte, NC 28219-9409
517492849      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: NJ Division of Taxation,    50 Barrack Street,    Trenton, NJ 08695)
517492851       +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
517635075        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine CA 92623-9657
517492854       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
517551541       +Wilton's Corner Proprietary Association,    c/o George C. Greatrex, Jr., Esquire,
                 Shivers, Gosnay & Greatrex, LLC,    1415 Route 70 East, Suite 309,    Cherry Hill, NJ 08034-2210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 19 2019 00:40:37     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 19 2019 00:40:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr               E-mail/Text: cio.bncmail@irs.gov Apr 19 2019 00:40:00
                 United States of America (Internal Revenue Service,    U.S. Attorney's Office,
                 970 Broad Street,    Suite 700,    Newark, NJ 07102-2535
517492838       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 19 2019 00:41:31
                 Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                 Norwood, MA 02062-2679
517492840        E-mail/Text: Bankruptcy.Consumer@dish.com Apr 19 2019 00:40:31     Dish Network,    PO Box 4034,
                 Woburn, MA 01888
517492841       +E-mail/Text: bankruptcynotices@dcicollect.com Apr 19 2019 00:41:17
                 Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
517492842        E-mail/Text: operationsclerk@easypayfinance.com Apr 19 2019 00:39:18      Easypay/dvra,
                 Attn: Bankruptcy,    Po Box 2549,    Carlsbad, CA 92018
517633899        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 19 2019 00:40:54     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517492845        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 19 2019 00:40:55     Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
517562388       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 00:47:30
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
517633766        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 00:58:13
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
517492852       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 19 2019 00:39:16
                 Verizon,    500 Technology Dr Ste 30,    Saint Charles, MO 63304-2225
517623479       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 19 2019 00:47:37     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517492844*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517492847*      +Kingsley Kwapong,    3007 Holland Drive,    Somerset, NJ 08873-4689
517664441*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
517492853*      +Verizon,    500 Technology Dr Ste 30,    Saint Charles, MO 63304-2225
                                                                                               TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin             Page 2 of 2                Date Rcvd: Apr 18, 2019
                              Form ID: pdf905         Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Carisbrook Asset Holding Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
          George C. Greatrex, Jr.    on behalf of Creditor    Wilton's Corner Proprietary Association
           ggreatrex@sgglawfirm.com, kmuchler@verizon.net
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.axosfs.com
          Lee Martin Perlman    on behalf of Debtor Joyce A. Ansong ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Carisbrook Asset Holding Trust
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```